U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 5 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | CIVIL ACTION NO. 06-0902 |
| versus | JUDGE WALTER |
| AMERICAN FIRST INSURANCE CO. | MAGISTRATE JUDGE HORNSBY |

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

IT IS ORDERED that the above captioned matter involving the named parties is hereby DISMISSED, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk of Court is directed to close this case.

IT IS FURTHER ORDERED that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties. Any motion that may be pending relating to this defendant is hereby denied as moot.

THUS DONE and SIGNED at Shreveport, Louisiana, this 25th day of July 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE