**RECEIVED**

AUG 0 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AMERICA FIRST INSURANCE COMPANY | CIVIL ACTION #5:06-CV-0902 |
| VERSUS | JUDGE: WALTER |
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | MAGISTRATE: HORNSBY |

### JUDGMENT OF DISMISSAL

Considering the above and foregoing Joint Motion for Dismissal the court being advised that the matters made the subject of this suit have been fully settled and compromised, the Motion is GRANTED. Accordingly,

IT IS ORDERED that these proceedings be dismissed with full prejudice each party to pay its own cost.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of August, 2006.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAG.